# Court of Appeals
# of the State of Georgia

ATLANTA,   July 23, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0468.  DONALD LEE UBELE v. STATE OF GEORGIA, et al.**

Donald Ubele filed this application for discretionary appeal on July 1, 2013. He appears to be seeking review of the trial court's September 25, 2012, order denying him permission to file a civil action.[1]  See OCGA § 9-15-2 (d).  His application, however, is untimely as to that order.

An application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Ubele filed his application 279 days after the trial court's order was entered.  Because his application is untimely, we lack jurisdiction to consider it, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/23/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*

---

[1] Ubele also filed a direct appeal from the same order.  See Case No. A13A1343.  On March 21, 2013, we dismissed that appeal because Ubele was required to follow the discretionary appeal process to obtain review of the order.